UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>2 West Inc.</u>

        v.                          Case No. 08-cv-374-PB

<u>GT Solar International, Inc. Et al.</u>

O R D E R

I hereby recuse myself from presiding over this case as Attorney Jaime Hage has filed an appearance.

SO ORDERED.

October 1, 2008                        /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

cc:    Counsel of Record